EW

FILED
9/8/2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[you ... additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RECEIVED

AUG 21 2017 YS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

William Larry
Mayes Jr.

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Officer G. Christoffel
Inv. Tellner, Inv Converse,
Inv. Johnson, Inv. Byrne
Inv Hilgoth, Inv Griffin
Inv Sullivan Inv Huber
Inv Swaislek, Inv. Paynton

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 17 C 0440
(To be supplied by the Clerk of this Court)

LT. Flantel      LT. Flantel
Sgt. Dean        ofc. Bosson
Sgt tate         ofc.
Sgt Berner
ofc. Ellis
ofc. Peterson
ofc. Hoffman
Sgt Dean

**CHECK ONE ONLY:**            **AMENDED COMPLAINT**

✓ _____  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A.    Name: William Larry Mayes Jr.

    B.    List all aliases: None

    C.    Prisoner identification number: 32432

    D.    Place of present confinement: None

    E.    Address: 547 Chestnut Dr. Oswego Ill 60543

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: Special Operation Group

        Title: Aurora Police

        Place of Employment: Aurora Police Department

    B.    Defendant: Special operation Group

        Title:

        Place of Employment: 2100 Indian trail Aurora IL 60505

    C.    Defendant: Special operation Group

        Title:

        Place of Employment: 2100 Indian trail Aurora IL 60505

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____None_____

B. Approximate date of filing lawsuit: _____None_____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____None_____

F. Name of judge to whom case was assigned: _____None_____

G. Basic claim made: _____None_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____None_____

I. Approximate date of disposition: _____None_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.** **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Filing a claim against the Special Operation Group. That ramshacked my house Lyed about they found drugs in my possession I told them it was Sudafed but I meant Benadryl. I was in a nervous state. Officer Special Operation Group put my Grandchildren on floor face down Also. Had my Land lord to evict me and my family for nothing. I Lose my car. Soon furniture and all my belonging Officer Christoffel field test the benadryl and it tested negative for no drugs. But he said it was positive when it was not. I spent 95 days in Jail for no reason at all. And all the Officer Know it

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_I want the court to have Special Operation Group pay for my pain and suffering my apartment car, furniture, clothing that I lost while incarcerated and for wrongly keeping me in Jail for 95 day I want to be paid for each day I spent in there._

**VI.** The plaintiff demands that the case be tried by a jury. ☐ YES ☑ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __16__ day of __August__, 20__17__

___William Larry Mayes Jr.___
(Signature of plaintiff or plaintiffs)

___William Larry Mayes JR___
(Print name)

___32423___
(I.D. Number)

___547 Chestnut drive___
___Oswego, Illinois 60543___

(Address)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

William Larry Mayes, Jr.,                )
                                         )
      Plaintiff,                        )
                                         )
      v.                                )
                                         )
Aurora Police Department, et al.,        )
                                         )
      Defendants.                       )

        Case No. 17 C 0440

        Judge Rebecca R. Pallmeyer

## ORDER

The currently named Defendants have notified the court that they provided Plaintiff with police reports containing the names of the officers who are the subject of his claims. [17, 19, 20] Plaintiff has until August 18, 2017 to submit a second amended complaint naming those officers as Defendants. The court again advises Plaintiff that an amended complaint replaces prior complaints and must stand complete on its own. Plaintiff must therefore include in the second amended complaint all the claims he seeks to bring in this case and list all the parties he seeks to name as Defendants without reference to his prior complaints. The Clerk of Court shall forward to Plaintiff an amended complaint form. Plaintiff's failure to timely submit a second amended complaint will result in summary dismissal of this case.

ENTER:

Date: July 17, 2017

REBECCA R. PALLMEYER
United States District Judge

WILLIAM L. MAYES
547 Chestnut DR.
Oswego IL, 60543



*7c*

OFFICE of Clerk of the US District Court
UNITED STATES Courthouse
Chgo IL, 60604



08/21/2017-92

**RECEIVED**
*W*
AUG 2 1 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT